UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                              15-cr-58 (PKC)

       -against-                         ORDER

BRANDON GIDRON,

                         Defendant(s).
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The vosr hearing previously scheduled for February 8, 2021 is adjourned to April 14, 2021 at 12:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                    P. Kevin Castel
                                                United States District Judge

Dated:  New York, New York
           January 29, 2021