UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          15 CR 58 (PKC)

        -against-                                             ORDER

BRANDON GIDRON,

                Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        The proceeding scheduled for April 14, 2021 at 12:00 P.M. has been moved to a **teleconference**. The time and date are unchanged. The call-in information for this proceeding is as follows:

        <u>Dial-in:</u>    (888) 363-4749

        <u>Access Code:</u>  3667981

        SO ORDERED.

                                                          P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       April 9, 2021