UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                            15-cr-58 (PKC)

     -against-                                           ORDER

BRANDON GIDRON,

                         Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The TIME for the vosr hearing scheduled on November 16, 2021 is moved to 10:30 a.m. in Courtroom 11D, 500 Pearl Street, New York, New York.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 14, 2021